

11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

Phillip Devon Deen,                          * From the 350th District Court
                                               of Taylor County,
                                               Trial Court No. 9902-D.

Vs. No. 11-13-00271-CR                       * October 15, 2015

The State of Texas,                          * Memorandum Opinion by Bailey, J.
                                               (Panel consists of: Wright, C.J.,
                                               Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we modify the judgment of the trial court to reflect that Phillip Devon Deen was convicted of a state jail felony offense. As modified, the judgment of conviction is affirmed. We reverse the trial court's judgment as to punishment and remand the cause for a new punishment hearing.